443 A.2d 408

W. H. Skillings, et al. v. Caudal Enterprises, Appellants.
Petition for Allowance of Appeal Denied June 30, 1982.

Argued November 16, 1981.  John A. Eichman, for appellants;  Gary M. Schildhorn, for appellee.

Before CERCONE, P. J., McEWEN and MONTEMURO, JJ.

Appeal dismissed.